UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEROME TERRY, *Plaintiff*, | § § § § | |
| v. | § § | CIVIL ACTION H-15-2430 |
| CITY OF HOUSTON, *Defendant*. | § § § | |

### ORDER

Pending before the court are (1) defendants City of Houston, K.D. Fregia, R.C. Haney, R.P. Delasbour, B.R. Penrod, V.G. Zaunbrecher, and Charles McClelland, Jr.'s (collectively, "Defendants") motion for entry of a confidentiality and protective order (Dkt. 29); and (2) Defendants' motion for re-instatement of stay pending the resolution of criminal proceedings (Dkt. 30). The court issued an order requiring plaintiff Jerome Terry to filed a response to these motions no later than noon on Friday, April 27, 2018. Dkt. 31. Terry did not file a response. Under Local Rule 7.4, "[f]ailure to respond will be taken as a representation of no opposition." S.D. Tex. L.R. 7.4. The court therefore deems these motions unopposed. Defendants' motion for a confidentiality and protective order (Dkt. 29) is GRANTED AS UNOPPOSED. Defendants' motion for reinstatement of the stay (Dkt. 30) is likewise GRANTED AS UNOPPOSED. It is therefore ORDERED that this cause of action is STAYED and administratively (statistically) closed. The parties may move to reinstate the case on the court's active docket at such time in the future as deemed appropriate. A copy of this order shall be attached as an exhibit to any motion to reinstate.

Signed at Houston, Texas on April 30, 2018.

_____
Gray H. Miller
United States District Judge